UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CONNIE SANDERS, | ) | CASE NO. 18-62370-WLH |
| | ) | |
| Debtor. | ) | |
| | ) | |

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the *Order Granting King III SBW, LLC's Motion to Shorten Time for Hearing*, and *Notice of Hearing* on Motion to Extend Time to Object to Discharge via facsimile, Federal Express overnight delivery and email (where possible) to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

ARNALL GOLDEN GREGORY LLP
Michael J. Bargar
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363
*Attorneys for Trustee*

Connie Sanders
1196 Lincoln Drive
Marietta, GA 30066

THE FALCONE LAW FIRM, P.C.
Ian M. Falcone
363 Lawrence Street
Marietta, Georgia 30060
*Attorney for Connie Sanders*

This 22nd day of October, 2018.

        GREGORY, DOYLE, CALHOUN & ROGERS, LLC


BY:   /s/ *Todd E. Hatcher*
      Todd E. Hatcher
      Georgia Bar No. 337507
      T. Owen Farist
      Georgia Bar No. 560550
      Attorneys for King III SBW, LLC