UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-62370-WLH |
| | : | |
| CONNIE SANDERS, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**MOTION FOR EXAMINATION OF AND DOCUMENT PRODUCTION
BY DECKER & COMPANY, LLC UNDER RULE 2004 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

COMES NOW, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Connie Sanders ("**Debtor**"), and files this *Motion for Examination of and Document Production by Decker & Company, LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "**Motion**"), seeking an Order authorizing the examination of Decker & Company, LLC ("**Decker & Company**") under Rule 2004 of the Federal Rules of Bankruptcy Procedure, and in support thereof respectfully shows this Court as follows:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

**Background**

*a. General Background*

2.      On July 26, 2018 (the "**Petition Date**"), Debtor initiated this case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**").

12781834v1

3.    Trustee was thereafter appointed and remains the duly acting Chapter 7 trustee in this case.

4.    At the commencement of the Bankruptcy Case, a bankruptcy estate was created pursuant to 11 U.S.C. § 541(a) (the "**Bankruptcy Estate**"), and that Bankruptcy Estate includes all Debtor's legal or equitable interests in property as of the commencement of the bankruptcy case and any interest in property that the estate acquires after commencement of the bankruptcy case. 11 U.S.C. § 541(a)(1) and (7) (2018). Trustee is the sole representative of the Bankruptcy Estate. 11 U.S.C. § 323(a) (2018).

5.    Debtor filed this case as no-asset case.  [Doc. No. 1 at Page 6 of 17].

6.    The Section 341 Meeting of Creditors (the "**341 Meeting**") was held on August 29, 2018, but continued for production of additional documents. The continued 341 Meeting was concluded on September 25, 2018.

*b. Debtor's Business Interests and Roles as Officer or Director*

7.    On her Schedule A/B, Debtor scheduled her sole ownership interest in S&S Commercial Contractors Inc. ("**S&S**").  [Doc. No. 10 at page 8 of 57].  And, on her original Statement of Financial Affairs ("**SOFA**"), Debtor indicated that she was an officer, director, or managing executive of S&S.  [Doc. No. 10 at page 44 of 57].

8.    Debtor scheduled no other ownership interests in any other business entities, and she indicated that she was not an officer, director, or managing executive of any other businesses.

9.    On October 29, 2018, Debtor amended her SOFA to indicate that, in addition to serving as an officer of S&S, she is also an officer, director, or managing executive of CD

Sanders Enterprises, Ltd ("**CD Sanders**") and Sanders Enterprises Inc. ("**Sanders Inc.**").  [Doc. No. 35 at pages 1, 4, and 5 of 5].

10.    CD Sanders was formed as a State of Georgia corporation on January 18, 2017. Although Debtor indicates that she is not a shareholder of CD Sanders, Debtor was one of two incorporators (her husband, Deene J. Sanders was the other incorporator) of CD Sanders, and she was also, and currently is, the CEO, CFO, Secretary, and registered agent of CD Sanders.

11.    Debtor also amended her SOFA to indicate that Rich Decker of Decker & Company acts as the accountant or bookkeeper for S&S, CD Sanders, and Sanders Inc.  Debtor also testified at the 341 Meeting that Mr. Decker also serves as her personal accountant and has done so for many years.

*c. Transfer of $650,000.00 Note and Security Deed from S&S to CD Sanders*

12.    As part of his investigation of Debtor's financial affairs, Trustee has discovered that on or about March 25, 2010, S&S (owned solely by Debtor) received a sole ownership interest in that certain real property with a common address of 1880 West Oak Parkway, Ste. 112, Marietta, Georgia 30062 (the "**West Oak Property**").  Upon information and belief, S&S owned the West Oak Property free and clear.

13.    On or about January 30, 2017, S&S sold the West Oak Property to KB Marietta LLC for a sale price of $650,000.00.  Upon information and belief, as part of this transaction, S&S received a note from KB Marietta LLC in the amount of $650,000.00 (the "**Note**") and took a security interest in the West Oak Property (the "**West Oak Security Interest**") through a security deed (the "**West Oak Security Deed**") to secure repayment of the Note.

12781834v1

14.     On or about February 10, 2017, S&S transferred the West Oak Security Deed to CD Sanders for no consideration.  Upon information and belief, KB Marietta LLC pays $4,500.00 per month as a result of the Note.

15.     Trustee needs to review the books, records, and financial documents of S&S, CD Sanders, and Sanders Inc., along with any documents related to the assignment of the West Oak Security Deed to CD Sanders, to determine whether there is a way for Trustee to make a recovery from any of these entities on behalf of the Bankruptcy Estate.

## Relief Requested

16.     Trustee requests authority to examine Decker & Company with respect to the financial affairs of S&S, CD Sanders, and Sanders Inc. Trustee requests that the examination commence on December 3, 2018, at 9:00 a.m., or at such other mutually agreeable time, at the law offices of Arnall Golden Gregory LLP at 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, or at such other mutually agreeable place.

17.     Trustee also requests an order from the Court requiring Decker & Company to produce, on or before November 30, 2018, at 10:00 a.m. at the law offices of Arnall Golden Gregory LLP at 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, or some other mutually agreeable time and place, for review by counsel for Trustee, any and all records and items listed on Exhibit "A," attached hereto and incorporated herein by reference.

## Basis for Relief

18.     Rule 2004 provides that any party in interest, including a creditor, may examine any other entity about the financial affairs of a debtor.  Fed. R. Bankr. P. 2004.

19.     Because Trustee is a party in interest, it is well within the Court's discretion to grant the relief requested in this Motion.  Indeed, such an examination is necessary for Trustee to

12781834v1

evaluate fully the interest of the Bankruptcy Estate in S&S, CD Sanders, and Sanders Inc., if any, along with the circumstances that led to the assignment of the West Oak Security Deed from S&S to CD Sanders.

WHEREFORE, Trustee respectfully requests that this Court:

(a)     Enter an order authorizing Trustee to conduct the examination of Decker & Company and directing Decker & Company to produce the documents and items requested herein at a mutually agreeable time and place; and

(b)     Grant such other and further relief as the Court may deem just and proper.


Respectfully submitted this 30th day of October, 2018.


ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500 (telephone)

12781834v1

**EXHIBIT "A"**

Definitions

A.  As used herein, the term "**document**" is intended to have the broadest permissible meaning under the Federal Rules of Civil Procedure and shall mean any written, printed, recorded, taped, electromagnetically recorded or encoded, electronically stored, graphic or other matter of every type and description that is or has been in the possession, custody, or control of you or any of your agents and attorneys, or of which you have knowledge, and shall include without limitation, the following: letters, correspondence, affidavits, declarations, statements, books, articles, reprints, resolutions, minutes, communications, messages, e-mails, electronic communications, electronically stored information, notes, loan documents, collateral documents, stenographic or handwritten notes, memoranda, diaries, contracts, subcontracts, bids, worksheets, drafts, agreements, records, resumes, invoices, receipts, bills, cancelled checks, financial statements, audit reports, tax returns, calendars, schedules, summaries, studies, calculations, estimates, diagrams, sketches, drawings, plans, photographs, tapes, videotapes, movies, recordings, transcriptions, work orders, computer print-outs, computer disks, data processing cards, data storage cards, and the like; and where originals of such documents are not available or are not in your possession, custody or control, every copy of every such document; and every copy of every such document where such copy is not an identical copy of the original or where such copy contains any commentary or notation whatsoever which does not appear on the original.

B.  As used herein, the term "**Debtor**" shall refer to Connie Sanders, her authorized agents, attorneys, representatives, and to any other person that is or has ever acted for or on behalf of her.

C.  As used herein, the term "**Deene Sanders**" shall refer to Deene J. Sanders, his authorized agents, attorneys, representatives, and to any other person that is or has

ever acted for or on behalf of him.

D. As used herein, the term "**Petition Date**" shall refer to July 26, 2018.

E. As used herein, the term "**Decker & Company**" shall refer to Decker & Company, LLC, a State of Georgia limited liability company.

F. As used herein, the term "**KB Marietta**" shall refer to KB Marietta, LLC, a State of Georgia limited liability company.

G. As used herein, the term "**S&S**" shall refer to S&S Commercial Contractors Inc., a State of Georgia corporation.

H. As used herein, the term "**CD Sanders**" shall refer to CD Sanders Enterprises, Ltd, a State of Georgia corporation.

I. As used herein, the term "**Sanders Inc.**" shall refer to Sanders Enterprises, Inc., a State of Georgia corporation.

J. As used herein, the term "**West Oak Property**" shall refer to that certain real property with a common address of 1880 West Oak Parkway, Ste. 112, Marietta, Georgia 30062.

K. As used herein, the term "**West Oak Security Deed**" shall refer to that certain Deed to Secure Debt and Security Agreement dated January 19, 2017, whereby KB Marietta granted a security interest in the West Oak Property to S&S.

<u>Document and Information Request</u>

1) The 2015 balance sheet of S&S.

2) The 2015 profit and loss statement of S&S.

3) The 2015 income statement of S&S.

12781834v1

4) The 2015 cash flow statement of S&S.

5) The 2015 statement of changes in equity of S&S.

6) The 2015 Federal tax return of S&S.

7) The 2016 balance sheet of S&S.

8) The 2016 profit and loss statement of S&S.

9) The 2016 income statement of S&S.

10) The 2016 cash flow statement of S&S.

11) The 2016 statement of changes in equity of S&S.

12) The 2016 Federal tax return of S&S.

13) The 2017 balance sheet of S&S.

14) The 2017 profit and loss statement of S&S.

15) The 2017 income statement of S&S.

16) The 2017 cash flow statement of S&S.

17) The 2017 statement of changes in equity of S&S.

18) The 2017 Federal tax return of S&S.

19) Any 2018 quarterly balance sheet of S&S.

20) Any 2018 quarterly profit and loss statement of S&S.

21) Any 2018 quarterly income statement of S&S.

22) Any 2018 quarterly cash flow statement of S&S.

23) Any bylaws of S&S.

24) Any shareholder agreement of S&S.

25) Any corporate minutes of S&S.

26) Any corporate resolutions of S&S.

12781834v1

27) Any bank account statements of S&S for the period from January 1, 2015 to present.

28) Any receipts and disbursement ledgers of S&S for the period from January 1, 2015 to present.

29) The 2017 balance sheet of CD Sanders.

30) The 2017 profit and loss statement of CD Sanders.

31) The 2017 income statement of CD Sanders.

32) The 2017 cash flow statement of CD Sanders.

33) The 2017 statement of changes in equity of CD Sanders.

34) The 2017 Federal tax return of CD Sanders.

35) Any 2018 quarterly balance sheet of CD Sanders.

36) Any 2018 quarterly profit and loss statement of CD Sanders.

37) Any 2018 quarterly income statement of CD Sanders.

38) Any 2018 quarterly cash flow statement of CD Sanders.

39) Any bylaws of CD Sanders.

40) Any shareholder agreement of CD Sanders.

41) Any corporate minutes of CD Sanders.

42) Any corporate resolutions of CD Sanders.

43) Any bank account statements of CD Sanders for the period from January 1, 2017 to present.

44) Any receipts and disbursement ledgers of CD Sanders for the period from January 1, 2017 to present.

45) The 2015 balance sheet of Sanders Inc.

46) The 2015 profit and loss statement of Sanders Inc.

47) The 2015 income statement of Sanders Inc.

48) The 2015 cash flow statement of Sanders Inc.

12781834v1

49) The 2015 statement of changes in equity of Sanders Inc.

50) The 2015 Federal tax return of Sanders Inc.

51) The 2016 balance sheet of Sanders Inc.

52) The 2016 profit and loss statement of Sanders Inc.

53) The 2016 income statement of Sanders Inc.

54) The 2016 cash flow statement of Sanders Inc.

55) The 2016 statement of changes in equity of Sanders Inc.

56) The 2016 Federal tax return of Sanders Inc.

57) The 2017 balance sheet of Sanders Inc.

58) The 2017 profit and loss statement of Sanders Inc.

59) The 2017 income statement of Sanders Inc.

60) The 2017 cash flow statement of Sanders Inc.

61) The 2017 statement of changes in equity of Sanders Inc.

62) The 2017 Federal tax return of Sanders Inc.

63) Any 2018 quarterly balance sheet of Sanders Inc.

64) Any 2018 quarterly profit and loss statement of Sanders Inc.

65) Any 2018 quarterly income statement of Sanders Inc.

66) Any 2018 quarterly cash flow statement of Sanders Inc.

67) Any bylaws of Sanders Inc.

68) Any shareholder agreement of Sanders Inc.

69) Any corporate minutes of Sanders Inc.

70) Any corporate resolutions of Sanders Inc.

71) Any bank account statements of Sanders Inc. for the period from January 1, 2015 to present.

12781834v1

72) Any receipts and disbursement ledgers of Sanders Inc. for the period from January 1, 2015 to present.

73) Copies of all documents related to the transfer of the West Oak Property from S&S to KB Marietta.

74) Copies of all documents related to the transfer or assignment of the West Oak Security Deed from S&S to CD Sanders.

75) Copies of all correspondence related to ownership of CD Sanders.

76) Copies of all correspondence related to formation of CD Sanders.

77) Copies of all correspondence related to the transfer of the West Oak Property from S&S to KB Marietta.

78) Copies of all correspondence related to the transfer or assignment of the West Oak Security Deed from S&S to CD Sanders.

12781834v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following parties with a true and correct copy of the foregoing *Motion for Examination of and Document Production by Decker & Company, LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure* by first class United States Mail and/or certified mail, as indicated, to the following entities at the addresses stated:

**First Class Mail**
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**First Class Mail**
Connie Sanders
1196 Lincoln Drive
Marietta, GA 30066

**First Class Mail**
Connie Sanders
CD Sanders Enterprises Ltd
1951 Canton Rd, #80
Marietta, GA 30066

**First Class Mail**
Connie Sanders
S&S Commercial Contractors, Inc.
1951 Canton Rd, #80
Marietta, GA 30066

**First Class Mail**
Deene J. Sanders
Sanders Enterprises, Inc.
1951 Canton Rd, #80
Marietta, GA 30066

**First Class Mail**
Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060

12781834v1

**First Class Mail**
Decker & Company, LLC
Decker Corporate Services
2435 Old Alabama Road
Roswell, GA 30076-2415

**First Class Mail**
Richard G. Decker
Decker & Company, LLC
2435 Old Alabama Road
Roswell, GA 30076-2415

      This 30th day of October, 2018.


            */s/ Michael J. Bargar*
            Michael J. Bargar
            Georgia Bar No. 645709

12781834v1