# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| Case No.: | 18-62370-WLH | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | SANDERS, CONNIE | Date Filed (f) or Converted (c): | 07/26/2018 (f) |
| | | § 341(a) Meeting Date: | 08/29/2018 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 01/22/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2001 Chevrolet Express Van<br>Abandoned per notice filed on 10/19/18, Docket # 23. | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2008 Ford Explorer<br>Abandoned per notice filed on 10/19/18, Docket # 23. | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1973 Reed Camper | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5 | Apple Watch, TV and DVD Player | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Sports Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and Fur | 1,599.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Ring and Band | 4,000.00 | 0.00 | | 0.00 | FA |
| 9 | Delta Community Checking Acct | 24.25 | 0.00 | | 0.00 | FA |
| 10 | Delta Community Savings Acct | 305.50 | 0.00 | | 0.00 | FA |
| 11 | 100% Interest in S & S Commercial Contractors, Inc. | Unknown | Unknown | | 0.00 | Unknown |
| 12 | Prudential 401(k) Plan #E0662882 | 3,627.63 | 0.00 | | 0.00 | FA |
| 13 | CD Sanders Enterprises, Ltd (u)<br>Added per Amendment to Schedules (Docket # 35). No value assigned to asset. | Unknown | Unknown | | 0.00 | Unknown |
| 14 | Sanders Enterprises Inc (u)<br>Added per Amendment to Schedules (Docket # 35). No value assigned to asset. | Unknown | Unknown | | 0.00 | Unknown |
| 14 | Assets    Totals    (Excluding unknown values) | $19,506.38 | $2,500.00 | | $0.00 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 18-62370-WLH  
**Case Name:** SANDERS, CONNIE  

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 07/26/2018 (f)  
**§ 341(a) Meeting Date:** 08/29/2018  

**For Period Ending:** 06/30/2019  
**Claims Bar Date:** 01/22/2019  

**Major Activities Affecting Case Closing:**

    The Trustee is investigating the Debtor's interest in certain entities, transfer of assets from those entities and value of same. The Trustee and the Debtor's attorney are scheduling a rule 2004 examination.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020  
**Current Projected Date Of Final Report (TFR):** 12/31/2020  

07/29/2019  
Date

/s/S. Gregory Hays  
S. Gregory Hays