**IT IS ORDERED as set forth below:**



**Date: August 27, 2020**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CONNIE SANDERS, | : | CASE NO. 18-62370-WLH |
| | : | |
| Debtor. | : | |

**ORDER APPROVING EMPLOYMENT OF ACCOUNTANTS**

On August 26, 2020, S. Gregory Hays, the Chapter 7 Trustee in the above-styled case (the "**Trustee**"), filed an application for approval of employment of Hays Financial Consulting, LLC ("**Firm**") as accountants for Trustee [Doc. No. 64]. It appears that Firm is qualified to represent Trustee in this case and that they represent no interest adverse to the Debtor or Debtor's estate in the matters upon which they are to be engaged, and that their employment is necessary and is in the best interests of the estate; accordingly, it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, Trustee is hereby authorized to employ Hays Financial Consulting, LLC as accountants to

Trustee in this case for the purposes and terms specified in the Application For Approval of Employment of Hays Financial Consulting, LLC as Accountants for the Trustee for reasonable compensation and reimbursement of expenses as the Court may award under applicable law after notice and hearing based upon an application to be filed in the case. No payments or reimbursement of expenses shall be made to Firm without Court approval pursuant to applicable law.

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and counsel for Trustee. If an objection is timely filed, then Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

### [END OF DOCUMENT]

**Draft order prepared and presented by:**

   /s/ *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Street, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305

Connie Sanders
1196 Lincoln Drive
Marietta, GA 30066

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060

United States Bankruptcy Court
Northern District of Georgia

In re:  
Connie Sanders  
       Debtor

Case No. 18-62370-wlh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9　　　User: malave　　　Page 1 of 1　　　Date Rcvd: Aug 27, 2020  
　　　　　　　　　　　　Form ID: pdf408　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.
```
db             +Connie Sanders,    1196 Lincoln Drive,    Marietta, GA 30066-2832
acc            +Hays Financial Consulting, LLC,    S. Gregory Hays,    2964 Peachtree Road NW,    Suite 555,
                 Atlanta, Ga 30305-4909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:
```
              Ian M. Falcone    on behalf of Debtor Connie  Sanders legalassistant@falconefirm.com
              Michael J. Bargar    on behalf of Trustee S. Gregory Hays michael.bargar@agg.com,
               carol.stewart@agg.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              S. Gregory Hays    ghays@haysconsulting.net,   saskue@haysconsulting.net;GA32@ecfcbis.com
              Todd E. Hatcher    on behalf of Creditor   King III SBW, LLC thatcher@gregorydoylefirm.com
                                                                                             TOTAL: 5
```