UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                   :          CASE NO. 18-62370-WLH
                                         :
CONNIE SANDERS,                          :          CHAPTER      7
                                         :
         Debtor.                         :

## CERTIFICATE OF SERVICE

This is to certify that on December 11, 2020, I, Michael J. Bargar, caused to be served a true and correct copy of the *Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 69] by first class United States Mail, postage prepaid, on all of those entities set forth at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

T. Owen Farist
GDCR
49 Atlanta Street
Marietta, GA 30060

Ian Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060

Will B. Geer
Wiggam & Geer, LLC
50 Hurt Plaza, SE
Suite 1150
Atlanta, GA 30303

Mighty Oak Group, LLC
c/o Marcus Whitesides
1880 West Oak Parkway, Ste 103
Marietta, GA 30062

Connie Sanders
1196 Lincoln Drive
Marietta, GA 30066

This is to certify further that on December 11, 2020, I, Michael J. Bargar, caused to be served copies of the *Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 69] by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

Respectfully submitted this 11th day of December, 2020.

<div style="margin-left:40%">

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

</div>

By:*/s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100          Michael J. Bargar
Atlanta, Georgia 30363                          Georgia Bar No. 645709
Phone: (404) 873-8500                         michael.bargar@agg.com

AGG\15940328v1

**EXHIBIT "A" FOLLOWS**

Label Matrix for local noticing
113E-1
Case 18-62370-wlh
Northern District of Georgia
Atlanta
Fri Dec 11 09:35:47 EST 2020

AFNI
1310 Martin Luther King Drive
PO Box
Bloomington, IL 61701-1465

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363-1031

Best Buy
P.O. Box 9001007
Louisville, KY 40290-1007

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One MasterCard
PO Box 71083
Charlotte, NC 394. 28272-1083

Carnival MasterCard
PO Box 60517
City Of Industry, CA 91716-0517

Directv, LLC
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL  60197-5008

Douglas Davis, Esq.
Davis Lawyers LLC
5445 Peachtree Dunwoody Road
Atlanta, GA 30342-2186

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060-2056

HSN
PO box 659707
San Antonio, TX 78265-9707

Todd E. Hatcher
Gregory Doyle Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060-1977

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

Hays Financial Consulting, LLC
S. Gregory Hays
2964 Peachtree Road NW
Suite 555
Atlanta, Ga 30305-4909

Holland America Visa
PO Box 60517
City of Industry, CA 91716-0517

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jason R. Curles, Esq.
Taylor English
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339-2119

KMMP Homes LLC
c/o T. Owen Farist, Esq.
49 Atlanta St
Marietta, GA 30060-1977

King III SBW LLC
c/o T.Owen Farist, Esq.
49 Atlanta St
Marietta, GA 30060-1977

Mighty Oak, LLC
c/o Marcus Whitesides
3183 Buck Way,
Alpharetta, GA 30004-7449

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Parkwest Gallery
PO Box 960061
Orlando, FL 32896-0061

Quantum3 Group LLC as agent for Comenity Cap
PO Box 788
Kirkland, WA 98083-0788

Receivables Performance Mgmt. LLC
Directv
20816-44th, Avenue W
Lynnwood, WA 98036-7744

Connie Sanders
1196 Lincoln Drive
Marietta, GA 30066-2832

Shannon Collier PC
The Law Office of
Shannan S Collier PC
100 Galleria Pkwy, Ste 1010
Atlanta GA 30339-5947

Slipakoff & Slomka PC
2859 Paces Ferry Road
Atlanta, GA 30339-6213

Slipakoff & Slomka PC
2859 Paces Ferry Road, SE, Suite 1700
Atlanta, GA 30339-6213

Steve Yaklin
King & Yaklin LLP
192 Anderson Street, Suite 125
Marietta, GA 30060-1930

Stogner Law LLC
1925 Vaughn Road
Suite 105
Kennesaw, GA 30144-4566

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

T Farist Owen, Esq.
Gregory, Doyle,Calhoun and Rogers LLC
49  Atlanta Street
Marietta, GA 30060-1977

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

William Brannen
c/o T. Owen Fanist, Esq.
49 Atlanta St
Marietta, GA 30060-1977

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Amazon Prime/Chase
Po Box 1423
Charlotte, NC 28201-1423

(d)Slate/Chase
PO Box 1423
Charlotte, NC 28201-7674

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)King III SBW, LLC

End of Label Matrix
Mailable recipients     37
Bypassed recipients      1
Total                   38