

**IT IS ORDERED as set forth below:**

**Date: January 11, 2021**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-62370-WLH |
| | : | |
| CONNIE SANDERS, | : | CHAPTER    7 |
| | : | |
| Debtor. | : | |

**ORDER APPROVING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On December 11, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Connie Sanders ("**Debtor**"), filed his *Motion for Order Authorizing Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 68] (the "**Motion**"), seeking an order approving a settlement agreement (the "**Settlement Agreement**") between Trustee, Debtor, Deene J. Sanders ("**Mr. Sanders**"); S&S Commercial Contractors, Inc. ("**S&S**); 21st Century Enterprises, Inc. ("**21st Century**"); CD Sanders Enterprises, Ltd. ("**CD Sanders**"); Sanders Enterprises Inc. ("**Sanders Inc.**" and with Mr. Sanders, Debtor, S&S, 21st Century, and CD Sanders, the "**Sanders Parties**"); King III SBW, LLC ("**King III**"); Mighty Oak Group, LLC ("**Mighty Oak**"); KMMP Homes, LLC ("**KMMP**"); William Brannen, Jr. ("**Mr. Brannen**"); and Kathy Pecora ("**Ms. Pecora**" and with

16039712v1

King III, Mighty Oak, KMMP, and Mr. Brannen, the "**Cobb County Parties**"; and with Trustee, Mr. Sanders, Debtor, S&S, 21st Century, CD Sanders, Sanders Inc., King III, Mighty Oak, KMMP, and Mr. Brannen, the "**Parties**"), to certain Disputes[1] regarding $450,000.00 that is in the registry of the Superior Court of Cobb County, State of Georgia related to certain lawsuit pending in that court (Civil Action File No. 15-1-1531) (the "**Cobb County Lawsuit**") and the avoidability of a certain Assignment by S&S to CD Sanders. More particularly, under the terms of the Settlement Agreement, *inter alia*,[2] after the Settlement Approval Order becomes final, Mr. Sanders shall pay a total of $24,500.00 (the "**$24,500.00 Settlement Funds**") in good funds to Trustee. In addition, within ten (10) business days of the Settlement Approval Order becoming a final order, Trustee, Mr. Sanders, S&S, Mr. Brannen, King III, Mighty Oak, and any other Party deemed necessary, shall file a motion in the Cobb County Lawsuit, requesting that the Superior Court of Cobb County enter an order directing the Clerk of Court for the Superior Court of Cobb County to distribute the Registry Funds, as follows: (a) $25,500.00 of the Registry Funds shall be paid to Trustee for the benefit of the Bankruptcy Estate (the **"$25,500.00 Registry Funds"**) (for the avoidance of doubt, the Parties stipulate and agree that the $25,500.00 Registry Funds shall be free and clear of any liens, claims, or interests, including any exemption asserted by or on behalf of Debtor, and be available for Trustee to distribute in accordance with the Bankruptcy Code); and (b) the Remaining Registry Funds, in the approximate amount of $424,500.00, shall be paid to Mighty Oak, King III, Mr. Brannen, and Ms. Pecora to be divided as Mighty Oak,

---

[1]   Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

[2]   The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the Settlement Agreement controls.

16039712v1

King III, Mr. Brannen, and Ms. Pecora deem appropriate. Finally, the Parties grant broad and general releases to one another; provided, however, that neither the Bankruptcy Estate nor Trustee is providing Debtor a release. The complete terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

Also on December 11, 2020, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 69] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on December 11, 2020. [Doc. No. 70].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein. It is further

**ORDERED** that the Parties may take any other actions necessary to effectuate the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii)

16039712v1

enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

### [END OF DOCUMENT]

**Order prepared and presented by**:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-7030
Email: michael.bargar@agg.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

T. Owen Farist
GDCR
49 Atlanta Street
Marietta, GA 30060

Ian Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060

16039712v1

Will B. Geer
Wiggam & Geer, LLC
50 Hurt Plaza, SE
Suite 1150
Atlanta, GA 30303

Mighty Oak Group, LLC
c/o Marcus Whitesides
1880 West Oak Parkway, Ste 103
Marietta, GA 30062

Connie Sanders
1196 Lincoln Drive
Marietta, GA 30066

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

16039712v1

United States Bankruptcy Court

Northern District of Georgia

In re:  
Connie Sanders  
    Debtor

Case No. 18-62370-wlh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: cdp     Page 1 of 2  
Date Rcvd: Jan 11, 2021     Form ID: pdf617     Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Connie Sanders, 1196 Lincoln Drive, Marietta, GA 30066-2832 |
|  | + | Mighty Oak Group, LLC, c/o Marcus Whitesides, 1880 West Oak Parkway, Ste 103, Marietta, GA 30062-2274 |
|  | + | T. Owen Farist, GDCR, 49 Atlanta Street, Marietta, GA 30060-1977 |
|  | + | Will B. Geer, Wiggam & Geer, LLC, 50 Hurt Plaza, SE, Ste 1150, Atlanta, GA 30303-2958 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Ian M. Falcone  
    on behalf of Debtor Connie Sanders legalassistant@falconefirm.com

Michael J. Bargar  
    on behalf of Trustee S. Gregory Hays michael.bargar@agg.com  carol.stewart@agg.com

Office of the United States Trustee  
    ustpregion21.at.ecf@usdoj.gov

S. Gregory Hays  
    ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Todd E. Hatcher

District/off: 113E-9 User: cdp Page 2 of 2
Date Rcvd: Jan 11, 2021 Form ID: pdf617 Total Noticed: 4

on behalf of Creditor King III SBW  LLC thatcher@gregorydoylefirm.com

TOTAL: 5