UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-62370-WLH |
| | ) | |
| CONNIE SANDERS, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee of the Estate of Connie Sanders, | ) | CONTESTED MATTER |
| | ) | |
| Objector, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Claimant. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO PROOF OF CLAIM NO. 1-1 FILED BY DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, OF DEADLINE FOR FILING RESPONSE, AND OF HEARING**

**PLEASE TAKE NOTICE** that S. Gregory Hays, Trustee for the estate of Connie Sanders, has filed an Objection to the above-referenced claim seeking an order to disallow it in its entirety for purposes of distribution.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on **or before March 2, 2021**, you or your attorney must:

(1)  File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

Clerk, United States Bankruptcy Court
1340 Richard B. Russell Building

16140629v1

75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney file a timely response, then a hearing will be held in **Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:30 a.m. on March 4, 2021.** You or your attorney must attend the hearing and advocate your position. *However, given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.*

Dated: January 28, 2021　　　　　　　　　**ARNALL GOLDEN GREGORY LLP**

　　　　　　　　　　　　　　　　　　　　By:*/s/ Michael J. Bargar*
　　　　　　　　　　　　　　　　　　　　Michael J. Bargar, Ga. Bar No. 645709
　　　　　　　　　　　　　　　　　　　　171 17th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 2100
　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30363-1031
　　　　　　　　　　　　　　　　　　　　(404) 873-8500
　　　　　　　　　　　　　　　　　　　　michael.bargar@agg.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Trustee*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-62370-WLH |
| | ) | |
| CONNIE SANDERS, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee of the Estate of Connie Sanders, | ) | CONTESTED MATTER |
| | ) | |
| Objector, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Claimant. | ) | |

**OBJECTION TO PROOF OF CLAIM NO. 1-1 FILED BY
DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee herein ("**Trustee**") and objects to Proof of Claim No. 1-1 filed by the Department of the Treasury – Internal Revenue Service ("**Claimant**"), by showing the Court as follows:

1.

Connie Sanders (the "**Debtor**") filed a voluntary petition for relief under Chapter 7 of Title 11 U.S.C. on July 26, 2018 (the "**Petition Date**"), thereby initiating Case No. 18-62370-wlh (the "**Case**").

3

16140629v1

2.

Shortly thereafter, Trustee was appointed to the Case as the Chapter 7 trustee, pursuant to 11 U.S.C. § 701(a)(1).

3.

A bar order was issued on October 22, 2018, setting January 22, 2019 as the last day to file proofs of claim in this case.

4.

On October 30, 2018, Claimant filed Claim No. 1-1 in the amount of $6,335.81 based upon $3,646.00 in unpaid taxes and $51.29 in unpaid interest for tax period 12/31/2017, $984.51 in unpaid interest for tax period 12/31/2010, and $7.39 in unpaid interest for tax period 12/31/2011 (the "**Claim**"). Of that amount, $3,697.29 is listed as entitled to priority under 11 U.S.C. § 507(a)(8).

5.

Upon information and belief, the unpaid taxes and interest for tax period 12/31/2017 equal $1,359.71; the unpaid taxes and/or interest for tax period 12/31/2010 equals $426.84; and the unpaid taxes and/or interest for tax period 12/31/2010 equals $161.33. Therefore, the claim should be allowed as a priority, unsecured claim in the amount of $1,359.71 and as a non-priority, general unsecured claim in the amount of $585.17.

6.

As a result, Trustee objects to the Claim.

WHEREFORE, Trustee respectfully requests that the Court:

a) Allow Claim No. 1-1 as a priority, unsecured claim in the amount of $1,359.71 and as a non-priority, general unsecured claim in the amount of $585.17; and

4

16140629v1

b) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted, this 28th day of January, 2021.

                        **ARNALL GOLDEN GREGORY LLP**

                        By:*/s/ Michael J. Bargar*
                        Michael J. Bargar, Ga. Bar No. 645709
                        171 17th Street, N.W.
                        Suite 2100
                        Atlanta, Georgia 30363-1031
                        (404) 873-8500
                        michael.bargar@agg.com

                        *Attorneys for Trustee*

16140629v1

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *Notice Of Requirement Of Response To Objection To Proof Of Claim No. 1-1 Filed By Department of the Treasury – Internal Revenue Service, Of Deadline For Filing Response, And Of Hearing* and *Objection To Proof Of Claim No. 1-1 Filed By Department of the Treasury – Internal Revenue Service* by as set forth below on those persons or entities at the address stated:

**First Class Mail:**
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**First Class Mail:**
Lisa D. Smith
Internal Revenue Service
401 W Peachtree St., NW
M/S 334-D
Atlanta, GA 30308

**First Class Mail:**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail:**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**First Class Mail:**
United States Attorney
Attention: Civil Process Clerk
Northern District of Georgia

16140629v1

75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303-3309

**First Class Mail:**
Connie Sanders
1196 Lincoln Drive
Marietta, GA 30066

**First Class Mail:**
Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060

This 28th day of January 2021.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

2

16140629v1