**FALCONE LAW FIRM**

*Focusing on complicated bankruptcy matters, family law and small business law*

January 14, 2021

Cynthia Eadon
Courtroom Deputy Clerk to Judge Hagenau
1471 US Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

*Filed in U.S. Bankruptcy Court, Atlanta, Georgia, M. Regina Thomas, Clerk*

**RECEIVED FEB 04 2021**

FEB 4 2021

WENDY L. HAGENAU
BANKRUPTCY JUDGE

Deputy Clerk

RE:   Connie Sanders, Debtor
      Case No. 18-62370; Chapter 7

Dear Clerk:

Please be advised that Ian M. Falcone is requesting a leave of absence pursuant to Local Rule 9010-5. Mr. Falcone is requesting that a case not be calendared during the following periods:

**March 2, 2021**

The purpose of this leave is: speaking engagement.

Mr. Falcone has examined the court docket and the above-styled cases do not presently appear on any published calendar for said period.

Your assistance in this matter is sincerely appreciated. Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,
THE FALCONE LAW FIRM, PC

Ian M. Falcone
GA Bar. No. 254470

cc:   S. Gregory Hays, Trustee

363 Lawrence Street • Marietta, GA 30060
(770) 426-9359 • attorneys@falconefirm.com