UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CONNIE SANDERS, | : | CASE NO. 18-62370-WLH |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 4th day of August, 2021.

                                                            */s/ S. Gregory Hays*
                                                           S. Gregory Hays
                                                          Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Case 18-62370-wlh    Doc 80    Filed 08/04/21    Entered 08/04/21 13:59:05    Desc Main
Document    Page 2 of 4

AFNI
1310 Martin Luther King Drive
PO Box
Bloomington, IL 61702-3517

Amazon Prime/Chase
Po Box 1423
Charlotte, NC 28201-1423

Amazon Prime/Chase
Po Box 1423
Charlotte, NC 28201-1423

Best Buy
P.O. Box 9001007
Louisville, KY 40290-1007

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One MasterCard
PO Box 71083
Charlotte, NC 394.75

Carnival MasterCard
PO Box 60517
City Of Industry, CA 91716

Connie Sanders
1196 Lincoln Drive
Marietta, GA 30066-2832

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL 60197-5008

Directv, LLC
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Douglas Davis, Esq.
Davis Lawyers LLC
5445 Peachtree Dunwoody Rd
Atlanta, GA 30342

Holland America Visa
PO Box 60517
City of Industry, CA 91716-0517

HSN
PO box 659707
San Antonio, TX 78265-9707

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060-2056

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jason R. Curles, Esq.
Taylor English
1600 Parkwood Circle, Ste 400
Atlanta, GA 303329-2119

JPMORGAN CHASE BANK N A
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
MONROE LA 71203-4774

King III SBW LLC
c/o T.Owen Farist, Esq.
49 Atlanta St
Marietta, GA 30060

KMMP Homes LLC
c/o T. Owen Farist, Esq.
49 Atlanta St
Marietta, GA 30060

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363-1031

Mighty Oak, LLC
c/o Marcus Whitesides
3183 Buck Way,
Alpharetta, GA 30004

Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Parkwest Gallery
PO Box 960061
Orlando, FL 32896-0061

PRA Receivables Mgt, LLC
PO Box 41021
Norfolk, VA 23541

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Quantum3 Group LLC
as agent for Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Receivables Performance Mgt. LLC
Directv
20816-44th, Avenue W
Lynnwood, WA 98036

Shannon Collier PC
The Law Office of
Shannan S Collier PC
100 Galleria Pkwy, Ste 1010
Atlanta GA 30339

Slate/Chase
PO Box 1423
Charlotte, NC 28201-7674

Slate/Chase
PO Box 1423
Charlotte, NC 28201-7674

| | | |
|---|---|---|
| Slipakoff & Slomka, PC<br>2859 Paces Ferry Rd, SE,<br>Suite 1700<br>Atlanta, GA 30339 | Steve Yaklin<br>King & Yaklin LLP<br>192 Anderson Street, Suite 125<br>Marietta, GA 30090 | Stogner Law LLC<br>1925 Vaughn Road<br>Suite 105<br>Kennesaw, GA 30144 |
| Synchrony Bank<br>c/o PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | T Farist Owen, Esq.<br>Gregory, Doyle,Calhoun<br>49 Atlanta Street<br>Marietta, GA 30060 | Todd E. Hatcher<br>Gregory, Doyle,Calhoun<br>49 Atlanta Street<br>Marietta, GA 30060-1977 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Dr SW, Ste 600<br>Atlanta GA 30303-3309 | William Brannen<br>c/o T. Owen Fanist, Esq.<br>49 Atlanta St<br>Marietta, GA 30060 | |