UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CONNIE SANDERS, | : | CASE NO. 18-62370-WLH |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 13th day of August, 2021.

                                                        */s/ S. Gregory Hays*
                                                        S. Gregory Hays
                                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| AFNI<br>1310 Martin Luther King Drive<br>PO Box<br>Bloomington, IL 61702-3517 | Amazon Prime/Chase<br>Po Box 1423<br>Charlotte, NC 28201-1423 | Amazon Prime/Chase<br>Po Box 1423<br>Charlotte, NC 28201-1423 |
| Best Buy<br>P.O. Box 9001007<br>Louisville, KY 40290-1007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One MasterCard<br>PO Box 71083<br>Charlotte, NC 394.75 |
| Carnival MasterCard<br>PO Box 60517<br>City Of Industry, CA 91716 | Connie Sanders<br>1196 Lincoln Drive<br>Marietta, GA 30066-2832 | Directv, LLC<br>by American InfoSource as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Douglas Davis, Esq.<br>Davis Lawyers LLC<br>5445 Peachtree Dunwoody Rd<br>Atlanta, GA 30342 | Holland America Visa<br>PO Box 60517<br>City of Industry, CA 91716-0517 |
| HSN<br>PO box 659707<br>San Antonio, TX 78265-9707 | Ian M. Falcone<br>The Falcone Law Firm, P.C.<br>363 Lawrence Street<br>Marietta, GA 30060-2056 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jason R. Curles, Esq.<br>Taylor English<br>1600 Parkwood Circle, Ste 400<br>Atlanta, GA 303329-2119 | JPMORGAN CHASE BANK N A<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane, Floor 01<br>MONROE LA 71203-4774 | King III SBW LLC<br>c/o T.Owen Farist, Esq.<br>49 Atlanta St<br>Marietta, GA 30060 |
| KMMP Homes LLC<br>c/o T. Owen Farist, Esq.<br>49 Atlanta St<br>Marietta, GA 30060 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 | Mighty Oak, LLC<br>c/o Marcus Whitesides<br>3183 Buck Way,<br>Alpharetta, GA 30004 |
| Office of the US Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Parkwest Gallery<br>PO Box 960061<br>Orlando, FL 32896-0061 | PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Quantum3 Group LLC<br>as agent for Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Receivables Performance Mgt. LLC<br>Directv<br>20816-44th, Avenue W<br>Lynnwood, WA 98036 |
| Shannon Collier PC<br>The Law Office of<br>Shannan S Collier PC<br>100 Galleria Pkwy, Ste 1010<br>Atlanta GA 30339 | Slate/Chase<br>PO Box 1423<br>Charlotte, NC 28201-7674 | Slate/Chase<br>PO Box 1423<br>Charlotte, NC 28201-7674 |

| | | |
|---|---|---|
| Slipakoff & Slomka, PC<br>2859 Paces Ferry Rd, SE,<br>Suite 1700<br>Atlanta, GA 30339 | Steve Yaklin<br>King & Yaklin LLP<br>192 Anderson Street, Suite 125<br>Marietta, GA 30090 | Stogner Law LLC<br>1925 Vaughn Road<br>Suite 105<br>Kennesaw, GA 30144 |
| Synchrony Bank<br>c/o PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | T Farist Owen, Esq.<br>Gregory, Doyle,Calhoun<br>49 Atlanta Street<br>Marietta, GA 30060 | Todd E. Hatcher<br>Gregory, Doyle,Calhoun<br>49 Atlanta Street<br>Marietta, GA 30060-1977 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Dr SW, Ste 600<br>Atlanta GA 30303-3309 | William Brannen<br>c/o T. Owen Fanist, Esq.<br>49 Atlanta St<br>Marietta, GA 30060 | |