**IT IS ORDERED as set forth below:**



Date: September 28, 2021

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CONNIE SANDERS, | : | CASE NO. 18-62370-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND
PROFESSIONALS OF THE TRUSTEE**

On August 3, 2021, the Chapter 7 Trustee ("**Trustee**") filed applications for payment of compensation in the amount of $5,750.00 and expenses in the amount of $57.33 to the Chapter 7 Trustee [Doc. No. 77-1], compensation in the amount of $50,514.50[1] and expenses in the amount of $1,272.37 to Arnall Golden Gregory LLP, Trustee's counsel [Doc. No. 77-2], and compensation in the amount of $3,450.00 and expenses in the amount of $101.16 to Hays

---

[1] In its fee application, Arnall Golden Gregory LLP ("**AGG**") stated that it was voluntarily reducing its fees by whatever amount was necessary for Trustee to make a 100% distribution to non-priority, general unsecured claimants. In Trustee's Final Report (defined below), Trustee showed that AGG's fees were reduced to the amount of $31,666.56 to accomplish this.

17130397v1

Financial Consulting, LLC, Trustee's accountants [Doc. No. 77-3] (collectively, the "**Fee Applications**").

Also on August 3, 2021, Trustee filed a notice [Doc. No. 78] (the "**Notice**") of the Fee Applications and Trustee's Final Report (the "**Final Report**"), setting the Final Report and Fee Applications for hearing on September 2, 2021 (the "**Hearing**").

On August 4, 2021, Trustee filed a an amended notice [Doc. No. 79] (the "**Amended Notice**") of the Fee Applications and the Final Report, rescheduling the Hearing on the the Final Report and Fee Applications to September 23, 2021 (the "**Rescheduled Hearing**")

Trustee certifies that he served the Notice and Amended Notice on all creditors and parties in interest entitled to notice. [Doc. Nos. 78-1 and 79-1].

No party in interest filed a response in opposition to the relief requested in the Fee Applications or the Final Report.

Counsel for Trustee and for Trustee's professionals appeared at the calendar call for the Rescheduled Hearing. No creditors or parties in interest appeared.

The services sought to be compensated in the Fee Applications have been evaluated pursuant to 11 U.S.C. §§ 326 and 330. The compensation requested by Trustee is equal to the statutory fee provided in 11 U.S.C. §326, and appears reasonable under the circumstances. The compensation of Trustee's professionals is reasonable under the circumstances. Under the principles set forth in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill, experience, and reputation of the professional applicants, the hourly rates, which they seek to charge, are reasonable. Review of the professionals' Fee Applications shows the hours expended were reasonable. The Court further finds that the expenses, for which reimbursement is sought,

17130397v1

were reasonable and necessary in rendering the services. No factors are present in this case that require additional reduction or enhancement of the lodestar. Accordingly, and, for good cause shown, it is hereby

**ORDERED** that the Fee Applications and Final Report are **APPROVED** and this approval is made final. It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 77-1 | $5,750.00 | $57.33 | $5,807.33 |
| Arnall Golden Gregory LLP, attorneys for Trustee | 77-2 | $31,666.56 | $1,272.37 | $32,938.93 |
| Hays Financial Consulting, LLC, accountants for Trustee | 77-3 | $3,450.00 | $101.16 | $3,551.16 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as outlined in the Final Report.

### [END OF DOCUMENT]

**Order prepared and presented by:**

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
     Michael J. Bargar
     Georgia Bar No. 645709
     michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030

17130397v1

**Identification of parties to be served:**

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Ian Falcone, The Falcone Law Firm, P.C., 363 Lawrence Street, Marietta, GA 30060

Connie Sanders, 1196 Lincoln Drive, Marietta, GA 30066

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

17130397v1